488 P.2d 1209

**Charles M. MORGAN, Respondent,**

v.

**NEW MEXICO STATE BOARD OF EDUCATION, Petitioner.**

**No. 9311.**

Supreme Court of New Mexico.

Sept. 13, 1971.

Further ordered that the record in Court of Appeals Cause No. 643, 83 N.M. 106, 488 P.2d 1210, be and the same is hereby returned to the Clerk of the Court of Appeals.

488 P.2d 1209

**EVCO, a New Mexico corporation, d/b/a Evco Instructional Designs, Petitioner,**

v.

**Franklin JONES, Commissioner of the Bureau of Revenue of the State of New Mexico, et al., Respondents.**

**No. 9322.**

Supreme Court of New Mexico.

Sept. 29, 1971.

Further ordered that the record in Court of Appeals Cause No. 430, 83 N.M. 110, 488 P.2d 1214, be and the same is hereby returned to the Clerk of the Court of Appeals.